# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARIO ACCOMANDO,<br>Appellant,<br>vs.<br>GEORGANN ROSE ACCOMANDO,<br>Respondent. | No. 84415 |

**FILED**

APR 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order resolving a divorce. Eighth Judicial District Court, Family Court Division, Clark County; Amy Mastin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). Although a draft divorce decree may have been prepared, review of the district court docket entries reveals that no written order has yet been filed by the court. Accordingly, this court lacks jurisdiction and therefore

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-10932

cc: Hon. Amy Mastin, District Judge, Family Court Division
Mario Accomando
Reza Athari & Associates, PLLC.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A